**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
SHLOMO GREIFMAN, Individually and On
Behalf of All Others Similarly Situated,

                    Plaintiff,                20 **CIVIL** 1781 (CS)

      -against-                  **JUDGMENT**

CLIENT SERVICES, INC.,

                    Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated May 7, 2021, Defendant's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
         May 7, 2021

                                                **RUBY J. KRAJICK**
                                                _____
                                                    **Clerk of Court**
                               **BY:**
                                                    **Deputy Clerk**